AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Scarcella, Louis A. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - Eastern District of New York | 3. Date of Report<br><br>05/15/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court, Eastern District of New York
Alfonse M.D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | ABA Retirement Funds, Farrell Fritz, P.C. (Profit Sharing Plan - 401(k)) -- transferred to Fidelity (July 2015) |
| 2. 2005 | ABA Retirement Funds, Farrell Fritz. P.C. (DC Pension Plan) -- transferred to Fidelity (July 2015) |
| 3. 2005 | Shareholder Agreemnt, Farrell Fritz, P.C. (former law firm) - agreement provides for exact amount of interest in firm upon leaving (final payment 2015) |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 05/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2015 | Former Shareholder, Farrell Fritz, P.C. (final payment for interest in firm upon leaving) | $115,000.00 |
| 3. | 2015 | Former Shareholder, FarrellFritz, P.C. (return of capital, final payment) | $35,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Long Island University -- salary |
| 2. | 2015 | Adelphia University -- salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 05/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Woodbury, Nassau County, NY | E | Rent | O | W | | | | | |
| 2. Citibank (accounts) | D | Interest | N | T | | | | | |
| 3. Bethpage Federal Credit Union (account) | A | Interest | | | Closed | 09/30/15 | J | | |
| 4. | | | | | | | | | |
| 5. Harbor Funds - HAINX | D | Dividend | M | T | | | | | |
| 6. Columbia Acorn International Fund-Z | C | Dividend | L | T | | | | | |
| 7. Brokerage Account #1 (H) | | | | | | | | | |
| 8. - UBS Bank USA Dep Account | A | Interest | K | T | | | | | |
| 9. - SMCWX | C | Dividend | K | T | | | | | |
| 10. - AEPGX | C | Dividend | M | T | | | | | |
| 11. - ANCFX | D | Dividend | L | T | | | | | |
| 12. ABA Retirement Funds #1 (H) | | | | | | | | | |
| 13. - Northern Trust - All Cap Index Equity Fund | B | Dividend | | | Sold | 07/15/15 | M | A | |
| 14. - Northern Trust- Intl All Cap Equity Fund | B | Dividend | | | Sold | 07/15/15 | L | A | |
| 15. - Northern Trust - Stable Asset Return Fund | B | Dividend | | | Sold | 07/15/15 | L | A | |
| 16. ABA Retirement Funds #2 (H) | | | | | | | | | |
| 17. - Northern Trust - Large-Cap Equity Fund | A | Dividend | | | Sold | 07/15/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Northern Trust - Small-Mid Cap Equity Fund | A | Dividend | | | Sold | 07/15/15 | J | A | |
| 19. - Northern Trust - All Cap Index Equity Fund | A | Dividend | | | Sold | 07/15/15 | K | A | |
| 20. - Northern Trust - Intl All Cap Equity Fund | A | Dividend | | | Sold | 07/15/15 | K | A | |
| 21. - Northern Trust - Stable Asset Return Fund | B | Dividend | | | Sold | 07/15/15 | L | A | |
| 22. Brokerage Account #2 (H) | | | | | | | | | |
| 23. - FNYXX | A | Dividend | | | Closed | 01/21/15 | J | A | |
| 24. Brokerage Account #3 (H) | | | | | | | | | |
| 25. - FSTFX | A | Dividend | L | T | | | | | |
| 26. - RIMSX | A | Dividend | J | T | | | | | |
| 27. - FNYXX | A | Interest | L | T | | | | | |
| 28. Brokerage Account #4 (IRA) (H) | | | | | | | | | |
| 29. - FFRHX | A | Dividend | J | T | | | | | |
| 30. - GFAFX | C | Dividend | K | T | | | | | |
| 31. - ICSLX | D | Dividend | L | T | | | | | |
| 32. - PASDX | B | Dividend | K | T | | | | | |
| 33. - REBSX | D | Dividend | M | T | | | | | |
| 34. - RINSX | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - FDRXX | A | Dividend | L | T | | | | | |
| 36.   Brokerage Account #5 (IRA) (H) | | | | | | | | | |
| 37.   - FCNTX | C | Dividend | L | T | | | | | |
| 38.   - FDYSX | A | Dividend | J | T | | | | | |
| 39.   - FSICX | A | Dividend | K | T | | | | | |
| 40.   - GFAFX | C | Dividend | K | T | | | | | |
| 41.   - MFLDX | A | Dividend | J | T | | | | | |
| 42.   - UMBWX | C | Dividend | J | T | | | | | |
| 43.   - FDRXX | A | Dividend | J | T | | | | | |
| 44.   Brokerage Account #5 (IRA) (H) | | | | | | | | | |
| 45.   - FCNTX | D | Dividend | M | T | | | | | |
| 46.   - FLPSX | D | Dividend | M | T | | | | | |
| 47.   - FSICX | B | Dividend | K | T | | | | | |
| 48.   - LSBDX | C | Dividend | L | T | | | | | |
| 49.   - MFLDX | A | Dividend | K | T | | | | | |
| 50.   - SLADX | E | Dividend | M | T | | | | | |
| 51.   - FDRXX | A | Dividend | M | T | Buy (add'l) | 07/21/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brokerage Account #6 (H) | | | | | | | | | |
| 53. - FNYXX | A | Dividend | J | T | | | | | |
| 54. Brokerage Account #7(H) | | | | | | | | | |
| 55. - TRRCX | B | Dividend | J | T | Buy | 04/01/15 | J | | |
| 56. Brokerage Account #8 (H) | | | | | | | | | |
| 57. - FDRXX | A | Dividend | M | T | Buy | 07/21/15 | M | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 05/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ABA Retirement Funds, Farrell Fritz, P.C. Profit Sharing Plan - 401K and DC Pension Plan were closed in 2015 and funds were rolled over to Brokerage Account #5 (IRA) and Brokerage Account #8 (IRA -- Roth )

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 05/15/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Louis A. Scarcella**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544